# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-1135
_____

Devin Ledbetter

*Plaintiff - Appellee*

v.

B. Helmers

*Defendant - Appellant*

G. Corra

*Defendant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: August 26, 2022
Filed: August 31, 2022
[Unpublished]

_____

Before SHEPHERD, MELLOY, and STRAS, Circuit Judges.

_____

PER CURIAM.

In this interlocutory appeal, Springfield, Missouri police officer Brandon Helmers appeals the district court's[1] denial of his motion for summary judgment based on qualified immunity in a 42 U.S.C. § 1983 action filed by Missouri resident Devin Ledbetter.

Upon careful review, we conclude that the district court appropriately denied Helmers qualified immunity.  See Solomon v. Petray, 795 F.3d 777, 786 (8th Cir. 2015) (denial of summary judgment motion on issue of qualified immunity is reviewed de novo); see also Thompson v. City of Monticello, 894 F.3d 993, 997-98 (8th Cir. 2018) (review is limited to questions of law, based on district court's findings of fact, unless blatantly contradicted by the record).

Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

---

[1]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.